UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


JOSE E. CRUZ,

    Plaintiff,

vs.                                        Case No. 8:14-cv-00363-T-35MAP

FIRST ASSOCIATES LOAN SERVICING,
LLC d/b/a PEAKS PRIVATE STUDENT
LOANS,

    Defendant.
_____/

## **ORDER**

Before the Court is the motion for Michael C. Barnhill to appear *pro hac vice* (doc. 23). Kathleen S. McLeroy moves the Court to allow Michael C. Barnhill to appear *pro hac vice* as counsel for Defendant, with Ms. McLeroy designated as local counsel pursuant to Local Rule 2.02(a). In accordance with Local Rule 2.02(a), Michael C. Barnhill is directed to pay the requisite fee and participate in electronic filing by registering for CM/ECF and obtaining passwords within twenty-one (21) days of this Order.[1] He is further directed to electronically file a notice of compliance with CM/ECF registration within twenty-one (21) days of this Order. Upon consideration, it is hereby

---

[1] Counsel may obtain a password by accessing the Court's website, located at www.flmd.uscourts.gov, and clicking on CM/ECF. Once counsel has registered for CM/ECF, he/she must also register an email address.

ORDERED:

1. The motion for Michael C. Barnhill to appear *pro hac vice* (doc. 23) is GRANTED.

DONE and ORDERED in Tampa, Florida on October 2, 2014.

                                                */s/ Mark A. Pizzo*
                                                MARK A. PIZZO
                                                UNITED STATES MAGISTRATE JUDGE